**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7775**

KENDALL COHEN,

　　　　　　　Plaintiff – Appellant,

　　　　v.

AL CANNON, JR., Sheriff; SHAWN JAMES, Deputy,

　　　　　　　Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., Senior
District Judge. (2:08-cv-03327-HMH)

Submitted: December 15, 2009　　　Decided: December 22, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kendall Cohen, Appellant Pro Se. Gordon Wade Cooper, BUYCK LAW
FIRM, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Cohen appeals the district court's order denying his Fed. R. Civ. P. 60(b)(1) motion to reconsider its order adopting the magistrate judge's recommendation to grant Defendants summary judgment on Cohen's 42 U.S.C. § 1983 (2006) claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Cohen v. Cannon, No. 2:08-cv-03327-HMH (D.S.C. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED